# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2013

*The Court of Appeals hereby passes the following order*

**A13D0214. JAMES MAHONEY, JR., v. THE STATE.**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

11CR0115 06CR0044



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 12, 2013.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*